UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                                                Case No. 23-41864-ess

      SH 168, LLC
                                                                                                                Chapter 11

                                                Debtor(s)
------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

     Jin Wu Yu_____, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 11___of the Bankruptcy Code on May 25, 2023_____.

2. Schedule(s) Summary of Assets and liabilities, List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, Schedules A/B, D, E/F, G, H, Statement of Financial Affairs, Verification of Creditor Matrix, Disclosure of Compensation of Attorney for Debtor, Declaration under Penalty of Perjury, List of Equity Security Holders  were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

   ☐ The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

   ☒ Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. [If creditors have been *added*] An amended mailing matrix is annexed hereto, listing added creditors **ONLY**, in the format prescribed by Local Rule 1007-3.

*Reminder*: *No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007; it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

Dated: ___6/22/23_____                                                                    _____/s/_____
                                                                                                                             Debtor *(signature)*

Sworn to before me this ___22nd___
Day of ___June_____, 20_23_

XIANFENG ZOU
Notary Public, State of New York
No. 02ZO6003042
Qualified in Queens County
Commission Expires February 23, 20 26

_____
Notary Public, State of New York

BK 38th Lender LLC
c/o Andriola Law PLLC
1385 Broadway, 22nd Floor
New York, NY 10018


Classic Consulting Group Inc. d/b/a Access  S
120-01 Sutphin Blvd
Jamaica, NY 11434


Hong Qin Jiang
c/o Law Offices of Bing Li, LLC
1430 Broadway, Suite 1802
New York, NY 10018


Navigator Business Services LLC
c/o Silverman Shi & Byrne PLLC
88 Pine Street, 22nd Floor
New York, NY 10005


NYC Department of Finance
P.O.Box 10
Maplewood, NJ 07040


NYC Environmental Protection
59-17 Junction Avenue
Elmhurst, NY 11373


NYCTL 1992-2 Trust and The Bank of New York M
c/o Bronster LLP
156 West 56th Street, Suite 902
New York, NY 10018


NYCTL 2021-A Trust and The Bank of New York M
c/o Bronster LLP
156 West 56th Street, Suite 902
New York, NY 10018


ODK Capital, LLC
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009

```
Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203


Small Business Financial Solutions, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814


Xuping Funding LLC
3808 Union Street
9D-B
Flushing, NY 11354


Zhi Rong Lin
c/o Law offices of Bing Li, LLC
1430 Broadway, Suite 1802
New York, NY 10018
```