**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SH 168, LLC<br>Debtor(s) | Case No. 23-41864<br>Chapter 11 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 10/12/2023, I did cause a copy of the following document(s), described below:

Notice of Disclosure Statement Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Eastern District of New York Bankruptcy Court's official court matrix on 10/12/2023.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/12/2023

/s/ Mark Frankel
Mark Frankel
Bar No. 8417
Backenroth Frankel & Krinsky, LLP
488 Madison Avenue
New York NY 10022-0000
(212)593-1100
mfrankel@bfklaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:                                          Case No. 23-41864

    SH 168, LLC                          Chapter 11

    Debtor(s)

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 10/12/2023, I did cause a copy of the following document(s), described below:

Notice of Disclosure Statement Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/12/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 10/12/2023, I caused a copy of the Notice of Disclosure Statement Hearing to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| NYC Dept of Finance | | | 345 Adams Street | 10th Fl, South Side | Brooklyn NY 11201-3739 |
| NYS Dept of Taxation & Finance | | | Bankruptcy Section | P.O. Box 5300 | Albany NY 12205-0300 |
| NYS Unemployment Insurance | | | Attn: Insolvency Unit | Bldg. #12 Room 256 | Albany NY 12201 |
| SH 168, LLC | | | 142-28 38 Avenue | | Flushing NY 11354-5589 |
| 1 | | | 271-C Cadman Plaza East, Suite 1595 | | Brooklyn NY 11201-1800 |
| BK 38th Lender LLC | | | c/o Andriola Law PLLC | 1385 Broadway, 22nd Floor | New York NY 10018-6022 |
| BK 38th Lender LLC | | | c/o Backenroth Frankel & Krinsky, LLp | 488 Madison Ave | New York NY 10022-5702 |
| Classic Consulting Group Inc. d/b/a Access | | | 120-01 Sutphin Blvd | | Jamaica NY 11434-2028 |
| Hong Qin Jiang | | | c/o Law Offices of Bing Li, LLC | 1430 Broadway, Suite 1802 | New York NY 10018-3354 |
| NYC Department of Finance | | | P.O.Box 10 | | Maplewood NJ 07040-0010 |
| NYC Environmental Protection | | | 59-17 Junction Avenue | | Elmhurst NY 11373-5108 |
| NYCTL 1992-2 Trust and The Bank of New York | | | c/o Bronster LLP | 156 West 56th Street, Suite 902 | New York NY 10019-4008 |
| NYCTL 2021-A Trust and The Bank of New York | | | c/o Bronster LLP | 156 West 56th Street, Suite 902 | New York NY 10019-4008 |
| Navigator Business Services LLC | | | c/o Silverman Shi & Byrne PLLC | 88 Pine Street, 22nd Floor | New York NY 10005-1862 |
| ODK Capital, LLC | | | 1400 Broadway | | New York NY 10018-5300 |
| ODK Capital, LLC | | | 4700 W. Daybreak Pkwy | Suite 200 | South Jordan UT 84009-5133 |
| Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green | Room 510 | New York NY 10004-1415 |
| SH 168, LLC | | | c/o Backenroth Frankel & Krinsky, LLP | 488 Madison Ave 23rd Fl | New York NY 10022-5703 |
| Small Business Administration | | | 2 North Street, Suite 320 | | Birmingham AL 35203 |
| Small Business Financial Solutions, LLC | | | 4500 East West Highway | 6th Floor | Bethesda MD 20814-3327 |
| Tower Capital Management | | c/o Bronster LLP | Attn: Logan Rappaport, Esq. | 156 W. 56th St., Ste 703 | New York NY 10019-4014 |
| Tower Capital Management, LLC | | | c/O BRONSTER LLP | 156 West 56th Street, Suite 703 | New York NY 10019-4014 |
| U.S. Small Business Administration | | | New York District Office | 26 Federal Plaza, Room 3100 | New York NY 10278-3199 |
| Xuping Funding LLC | | | 3808 Union Street | 9D-B | Flushing NY 11354-5543 |
| Zhi Rong Lin | | | c/o Law offices of Bing Li, LLC | 1430 Broadway, Suite 1802 | New York NY 10018-3354 |
| William X Zou | | Bill Zou & Associates PLLC | 136-20 38th Avenue | Suite 10-D | Flushing NY 11354-4263 |