**BACKENROTH FRANKEL & KRINSKY, LLP**
**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 593-1100**

March 25, 2024

Hon Elizabeth S Stong
United States Bankruptcy Court
Conrad B. Duberstein U.S. Courthouse
Cadman Plaza East
Brooklyn, New York 11201

Subject: In Re: SH 168 LLC, Case No. 23-41864

Dear Judge Stong:

I am writing to ask for an emergency conference on the Plan Administrator's request that Mr. Yu and Mr. Chen, the Debtor's sole members and managers, appear live in Court at the April 1, 2024 10:30 a.m. hearing with the Debtor's original leases, DIP checkbook, and the property books and records. On Friday, the undersigned asked Debtor's counsel to agree to this request, but he refused. He explained that Mr. Yu's father, the purported property manager, is in China.

Debtor's counsel stated further that (a) the Debtor would turnover no funds in the DIP account unless the Plan Administrator withdraws his pending contempt motion, and (b) the Debtor has no books and records to turnover in any event. Meanwhile, the Plan Administrator's property manager was told again by a tenant last Thursday that Mr. Yu's aunt, who resides in the property, has been collecting rent in cash.

According to the Debtor's schedules, Jin Wu Yu and Ai Guang Chen are the Debtor's sole managers and sole members. Mr. Yu signed the Debtor's petition. They are not children. Mr. Yu is 34 and Mr. Chen is 55. So far they have been absent from this case. The Plan Administrator submits that that their appearance in the case is overdue.

Thank you for your courtesies.

Very Truly Yours,

s/Mark Frankel

Mark Frankel

cc: Bill Zou
David Goldwasser